E. J. Biggs, Individually and as Assignee of the E. J. Biggs Construction Company, Appellant, v. Anton Plebanek, Victoria Plebanek, John Bara, Eleanor Bara, and the Chicago Title and Trust Company, Appellees.

Gen. No. 45,429.

Eusebius J. Biggs, *pro se*. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed June 1, 1951; rehearing denied June 13, 1951; released for publication June 22, 1951.